**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6141

JESSIE JAMES RICHMOND,

Plaintiff - Appellant,

versus

W. SWEETING; W. IRVING; A. W. HENDERSON,
JOSEPH SMITH, Warden of Federal Correctional
Institution at Edgefield,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Florence. Henry F. Floyd, District Judge. (CA-
04-1214-4-BH)

Submitted: June 23, 2005          Decided: June 29, 2005

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jessie James Richmond, Appellant Pro Se.  Raymond Emery Clark,
Assistant United States Attorney, Columbia, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jessie James Richmond appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Richmond's motion for appointment of counsel and affirm for the reasons stated by the district court. See Richmond V. Sweeting, No. CA-04-1214-4-BH (D.S.C. Dec. 23, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED